FILED
2017 Mar-27 PM 05:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
2017 MAR 27 P 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-17-SGC-0464-S

| | |
|---|---|
| Sheena Frazier <br> _____ <br> *Plaintiff* <br> (Write your full name. No more than one plaintiff may be named in a pro se complaint.) <br><br> -v- <br><br> BWWB <br> Mac Underwood <br> Paul Lloyd  Sonji Campbell <br> "See page 2" <br> _____ <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No <br><br> BWWB <br> Mac |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Sheena Frazier |
   | Street Address | 1534 Echo Terr |
   | City and County | Birmingham — 35214 |
   | State and Zip Code | Alabama — Jefferson |
   | Telephone Number | 205 902-8882 |
   | E-mail Address | Sheena.frazier14@gmail.com |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

_____   _____
**Date**                  **Participant Signature**

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: The Birmingham Water Works (The Board)
- Job or Title *(if known)*: As a person under U.S.C. § 1983;
- Street Address: 3600 1st Ave North
- City and County: Birmingham – Jefferson
- State and Zip Code: Alabama – 35222
- Telephone Number: 205 244-4000
- E-mail Address *(if known)*: N/A

Defendant No. 2
- Name: Mac Underwood
- Job or Title *(if known)*: Individually and in his official capacity;
- Street Address: 3600 1st Avenue North
- City and County: Birmingham – Jefferson
- State and Zip Code: Alabama – 35222
- Telephone Number: 205 244-4000
- E-mail Address *(if known)*: munderwood@bwwb.org

Defendant No. 3
- Name: Paul Lloyd
- Job or Title *(if known)*: Individually and in his official capacity;
- Street Address: 3600 1st Avenue North
- City and County: Birmingham – Jefferson
- State and Zip Code: Alabama – 35222
- Telephone Number: 205 244-4000
- E-mail Address *(if known)*: plloyd@bwwb.org

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4
- Name: Sonji Campbell
- Job or Title (if known): Individually and in her official capacity
- Street Address: 3600 1st Avenue North
- City and County: Birmingham - Jefferson
- State and Zip Code: Alabama - 35222
- Telephone Number: 205 244-4000
- E-mail Address (if known): Scampbell@bwwb.org

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

- Name: The Birmingham Water Works
- Street Address: 3600 1st Ave North
- City and County: Birmingham - Jefferson
- State and Zip Code: Alabama - 35222
- Telephone Number: 205 244-4000

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)* " Attached "

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☑ Relevant state law *(specify, if known)*:

Alabama

☐ Relevant city or county law *(specify, if known)*:

Birmingham - Jefferson County

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☐ Retaliation.
☐ Other acts *(specify)*: Hostile work enviroment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

May 20, 2016

C. I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [x] age *(year of birth)*  1964  *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

See attached EEOC Charge, Dismissal and Notice of Rights

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Sept 13, 2016

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)*  Dec. 27, 2016

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. 1. Plaintiff be immediately reinstated to position from which she have been unlawfully deprived. 2. Plaintiff be awarded general compensatory damages in an amount to be proven at trial to include back pay. 3. Plaintiff be given any and all other relief, both at law and in equity, of which plaintiff may otherwise be reasonably entitled. 4. That court order defendant(s) to pay all cost incurred, including reasonable attorney fees.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Mar 27, 2017

Signature of Plaintiff   *Sheena Frazier*

Printed Name of Plaintiff   Sheena Frazier

**B.     For Attorneys**

Date of signing: _____

Signature of Attorney          _____
Printed Name of Attorney       _____
Bar Number                     _____
Name of Law Firm               _____
Street Address                 _____
State and Zip Code             _____
Telephone Number               _____
E-mail Address                 _____

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sheena Frazier<br>Post Office Box 13732<br>Birmingham, AL 35202 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2016-03469 | **Sheri Guenster,**<br>**Supervisory Investigator** | (205) 212-2059 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]* Delner Franklin-Thomas,
District Director

DEC 27 2016
(Date Mailed)

Enclosures(s)

cc:  **BIRMINGHAM WATER WORKS BOARD**
c/o C. Paige Goldman
Fuston, Petway & French, LLP
600 Luckie Drive, Suite 300
Birmingham, AL 35223



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, Suite 2000
Birmingham, AL 35205
Direct Dial: (205) 212-2069
TTY (205) 212-2112
FAX (205) 212-2105

March 15, 2017

Sheena Frazier
P.O. Box 13732
Birmingham, AL 35202

RE:  Sheena Frazier v Birmingham Water Works Board
     EEOC Charge No: 420-2016-03469

Your request pursuant to Section 83 was received by the Birmingham District Office on March 15, 2017, 2017. It will be processed by Toniko Noland who can be reached at (205) 212-2069 or toniko.noland@eeoc.gov.

EEOC will issue a determination on your request on or before April 12, 2017. EEOC regulations provide 20 working days to issue a determination on a request, not including Saturdays, Sundays, and federal holidays.

Sincerely,

Toniko D. Noland
Records Disclosure Coordinator

November 22, 2016

<u>VIA HAND DELIVERY</u>

Mr. Jonathan Jones
U.S. Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place
1130 22nd Street South
Birmingham, AL 35205


Attention: Sheri Guenster - Enforcement Supervisor


RE:  Sheena Frazier, Charge Number 420-2016-03469
      Email dated November 3, 2016
      Response to Birmingham Water Works
      Charge of Discrimination


Dear Ms. Guenster:

Please accept the following as the Charging Party's opportunity to provide additional relevant information regarding my charge of wrongful termination.

1. Charging Party requests that the Equal Employment Opportunity Commission (EEOC) obtain a copy of Respondent's Investigation Report, *"Smith, et al, v. BWWB, et al, Report on Non-Privileged Work, February 21, 2014."* Charging Party has possession of same report, but feel releasing it must be the responsibility of Respondent, due to Business/Client concerns. This report outlines the glaring failures of the Board's Management, that continues to exists presently.

2. Respondent violates accepted statues of limitations by applying Charging Party's entire employment length of service (Outage Policy) to justify a current attempt to effect an unlawful termination. This policy has been shown to be subjective, and discriminatory. The above mentioned Investigative Report, speaks to company-wide weaknesses and lack of management controls to resolve internal deficiencies.

3. Due to its failures to establish an operational on-site Health Clinic, which was created, but failed. Respondent has targeted older aged employees for separation from the company at all cost. There has been at least eight (8) or more terminations or forced early retirements over the past five (5) years. Strikingly, the majority has been female over 40 years of age. Additionally, in 2008 the management proposed, and the Board adopted policy which forced tenured employees off of Board Assisted Health Insurance and to Medicare at 65 years of age. This resulted in any dependents of such employee with no major health insurance coverage.

4. Respondent acknowledges that Charging Party was terminated in a letter dated May 20, 2016. That May 20, 2016 termination letter only provided for the employee to appeal said termination in five (5) days with the General Manager.  Upon receiving her letter of termination and news of it, went viral throughout the company.  The terminated employees' pictures were posted at security stations with instructions to not allow entry to BWWB properties.  Fellow employees started to contact Charging Party with words of encouragement and disbelief at her termination.  Charging Party and two other over 40-year-old employees were victims of this *coup de grace*.  Charging Party met with the General Manager on May 23, 2016 regarding appeal of her termination.  That meeting ended with no decision on her terminated status.

5. Charging Party received Respondent letter dated June 7, 2016, some two (2) weeks after termination of May 20. 2016 stating that she would be offered a demotion/transfer because of her longevity with company.  In truth, the change in position came because of wide spread company disapproval by fellow employees and intervention by a number of Board Member, concerned by such an act against long serving employees.  The proposal was no solution at all for the Charging Party.  The condition for continued employment, simply would set the Charging Party up for failure, and ultimate termination.

6. Charging Party respectfully request the EEOC direct the following relief:

    a. The Charging Party be immediately reinstated to the position from which the Charging Party have been unlawfully deprived.
    b. That Charging Party be awarded general compensatory damaged in an amount to be proven at trial to include back pay.
    c. That court order Respondent to pay all costs incurred, including reasonable attorney's fees.
    d. That a trial by jury be held on all issues.
    e. Respondents has caused damaged to Charging Party professional life and career opportunities, emotional distress, humiliation, shame, mental anguish, loss of wages, other pecuniary and non-pecuniary damages.  The actions of Respondent were willful, malicious, and intentional so as to inflict terror and trauma upon the Charging Party.  The emotional distress caused by Respondent was so severe that no reasonable person could or should be expected to endure it.  Therefore, Charging Party respectfully requests the U.S. Equal Employment Opportunity Commission issue a positive cause finding and refer charge to appropriate jurisdiction.

Respectfully,


Sheena Frazier